# IN THE UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF INDIANA

# INDIANAPOLIS DIVISION

IN RE:                                    )
                                          )        Case No. 11-00435
James Brian Burgess                       )
                                          )        Chapter 13
              Debtor.                     )

**FIRST INVESTORS FINANCIAL SERVICES' WITNESS LIST AND  EXHIBIT LIST**

       Comes now First Investors Financial Services files its Witness List and Exhibit List and

states:

1.      Witness List

      a.  James Brian Burgess, the debtor herein.

      b.  Bud Butler, Appraiser for Property Damage Appraisers

      c.  Anyone listed by debtor

      d.  Any witness needed for rebuttal.


2.      Exhibit List

      a.  Contract Agreement securing a 2005 Chevrolet Blazer Suburban

         VIN#3GNFK16Z25G112440 and a 2005 Chevrolet Blazer Suburban

         VIN#3GNFK16Z25G112440 between First Investors Financial Services, Inc.,

         and James Brian Burgess dated January 22, 2008.

      b.  Title for the 2005 Chevrolet Blazer Suburban VIN#3GNFK16Z25G112440

     c.   Payment history of James Brian Burgess

     d.   Appraisal

     e.   All documents filed by debtor in bankruptcy

     f.   All documents listed by debtor

     g.   Any exhibit needed for rebuttal.

Wherefore First Investors Financial Services prays this Court take notice of Witness List and Exhibit List and for all other just and proper relief.

KRISOR & ASSOCIATES


/s/Brooks J. Grainger
Brooks J. Grainger (19362-71)
Attorney for Plaintiff
PO Box 6200
South Bend, IN  46660
Ph:  (574) 272-1000
Fax: (574) 272-4303
bgrainger@krisorlaw.com


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon, James Brian Burgess, c/o Nathan William Gooden, 151 N. Delaware Street, Suite 1106, Indianapolis, IN 46204, Robert A. Brothers, 151 N. Delaware St Ste 1400, Indianapolis, IN 46204, U.S. Trustee, 101 W. Ohio St, Ste 1000, Indianapolis, IN  46204, via electronic mail, on April 7, 2011.

/s/ Brooks J. Grainger
Brooks J. Grainger