UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
PO Box 44978
Indianapolis, IN 46244

SF00200 (rev 07/2010)

In Re:
   James Brian Burgess
   SSN: xxx–xx–1167   EIN: NA
   Debtor(s)

Case Number:
**11−00435−FJO−13**

# NOTICE

   NOTICE IS HEREBY GIVEN that the Court will consider and act upon the following matters and to transact such other business as may properly come before the Court:

Evidentiary Hearing on Objection to Confirmation of Plan filed by First Investors Financial Services

Date: May 9, 2011
Time: 02:30 PM EDT
Place: Rm. 329 U.S. Courthouse, 46 E. Ohio St., Indianapolis, IN 46204

   Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance and no later than seven (7) days before the date of the hearing. Motions for continuances filed less than seven (7) days before the hearing date will be granted **only** upon a showing of good cause. Every motion for continuance shall denominate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding such request for continuance.

   The above−referenced document is available on the Court's PACER site at http://pacer.insb.uscourts.gov or it may be requested from the filer.

Dated:   April 8, 2011

KEVIN P. DEMPSEY, CLERK
U.S. BANKRUPTCY COURT